## KAREN MARINO *v.* DAVID MARINO
### (AC 31512)

Harper, Beach and Flynn, Js.

Submitted on briefs January 10—officially released March 1, 2011

Per Curiam. The defendant has not sustained his burden of providing us a record showing that the trial court abused its discretion in denying his motion for a continuance. The court also did not abuse its discretion in determining the financial orders. The judgment is affirmed.

## TROY MOZELL *v.* COMMISSIONER OF CORRECTION
### (AC 31520)

Harper, Bear and Pellegrino, Js.

Argued February 9—officially released March 1, 2011

Per Curiam. The appeal is dismissed.

## STATE OF CONNECTICUT *v.* CLAVER LEGG
### (AC 31690)

Bishop, Alvord and West, Js.

Argued February 4—officially released March 1, 2011

Per Curiam. The judgment is affirmed.